Stephen W. Hogie Bar No. 178095
Law Offices of Stephen W. Hogie
13522 Newport Ave., Suite 201
Tustin, CA 92780
Telephone: 714-508-6422
Fax: 714-505-3495

Attorney for Plaintiff Daniel Holte

Amy Schmidt Jones, Bar No. 1032274
MICHAEL BEST & FRIEDRICH LLP
100 E. Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202
Telephone: 414-225-2771
Facsimile: 414-277-0656

S. Shane Sagheb, Bar No. 109878
Eric Suits, Bar No. 232762
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Attorneys for Defendant JohnsonDiversey, Inc.

**JS-6**

Michael Best & Friedrich, LLP
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202-4108

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| DANIEL HOLTE,<br><br>                    Plaintiff,<br><br>        vs.<br><br>DUBOIS CHEMICALS,<br>JOHNSONDIVERSEY, INC., and<br>DOES 1 – 50,<br><br>                    Defendants. | Case No. SACV 08-01167-AG(RNBx)<br><br>**ORDER APPROVING**<br><br>**STIPULATION OF DISMISSAL**<br><br>The Honorable Andrew J. Guilford<br><br>Complaint Filed: October 17, 2008 |

-1-
ORDER

1        Having reviewed the Parties' Stipulation of Dismissal Pursuant to Fed. R. Civ.

2

3 P. 41(a)(1), it is hereby ORDERED that Stipulation is approved and that this matter is

4 dismissed with prejudice and without fees or costs to either Party.  The clerk is

5 directed to close this action in its entirety.

6

7   Dated:  September 03, 2009

8 _____

9 The Honorable Andrew J. Guilford
U.S. District Judge

10 United States District Court, Central District of

11 California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Michael Best & Friedrich, LLP
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202-4108

-2-
ORDER